**No. 60527.**—Gematex Corporation *v.* United States, protest 267346–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60528.**—Porath & Magneheim, Inc. *v.* United States, protest 268707–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60529.**—Holland Colombo Trading Society, Inc. *v.* United States, protest 284185–K (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of coconut shell charcoal the same in all material respects as that the subject of *Holland Colombo Trading Society, Inc.* v. *United States* (34 Cust. Ct. 90, C. D. 1684), the claim for free entry under paragraph 1802 was sustained.

**No. 60530.**—A. F. Jabara *v.* United States, protest 291355–K (New York).

Opinion by DONLON, J.   It appeared that only 16 packages were withdrawn for consumption and that the balance, 10 packages, were withdrawn for non-dutiable export.   At the trial, the defendant moved in evidence a supplemental memorandum of the collector, together with a letter from the importer and attached worksheets.   The supplemental memorandum indicated that an error was made in the computation of the duty and that the proper amount assessable should have been $2,321.10, as claimed.   On the record presented, the claim of the plaintiff was sustained.

**No. 60531.**—National Carloading Corp. and David Levin *v.* United States, protest 167971–K (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of silent butlers and smoothing irons the same in all material respects as those involved in *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261) and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), respectively, the claim of the plaintiffs was sustained.